# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL VORCHHEIMER | : |
| Plaintiff | : |
| v. | : Docket Number 16-5145 |
| THE PHILADELPHIAN OWNERS' ASSOCIATION, JUNE IDZAL, and FRANK BONOM | : |
| Defendants | : |

## DEFENDANTS' MOTION TO DISMISS
## PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6)

Defendants, The Philadelphian Owners' Association, June Idzal, and Frank Bonom ("Defendants"), by and through undersigned counsel, hereby submit this Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6). For the reasons set forth in the accompanying Memorandum of Law, Defendants request that this Court grant this Motion and enter an Order consistent with the proposed Order of the Defendants.

Respectfully submitted,

**FREEMAN MATHIS & GARY, LLP**

Date: January 10, 2017

*/s/ Christopher M. Curci*
**MEAGHAN P. LONDERGAN, ESQUIRE**
**CHRISTOPHER M. CURCI, ESQUIRE**
**Attorneys for Defendants,**
**The Philadelphian Owners' Association, June Idzal, and Frank Bonom**

1832281_1