UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 17-1738
_____

CAROL VORCHHEIMER,
Appellant

v.

THE PHILADELPHIAN OWNERS ASSOCIATION;
JUNE IDZAL; FRANK J. BONOM

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:16-cv-05145)
District Judge: Honorable Juan R. Sánchez

_____

Argued March 23, 2018

Before: HARDIMAN, BIBAS, and ROTH, *Circuit Judges*
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on March 23, 2018.

On consideration whereof, it is now **ORDERED** and **ADJUDGED** by this Court that the order of the District Court entered on March 17, 2017, is hereby **AFFIRMED**. Costs will be taxed against Appellant. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: September 5, 2018

**Certified as a true copy and issued in lieu of a formal mandate on** October 11, 2018

**Teste:** *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**